IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY GREG WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | CASE NO.: |
| v. ) | |
| ) | 1:12-CV-1112-VEH-JHE |
| JOHN T. RATHMAN, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

This case is a petition for a writ of habeas corpus brought by the petitioner pursuant to 28 U.S.C. § 2241. The respondent's answer to the petition was treated by the court as a motion for summary judgment. (Docs. 4, 5). The magistrate judge filed a report and recommendation on April 2, 2014, recommending that the defendant's motion for summary judgment be granted and this cause be dismissed. (Doc. 9 at 9). No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be

**GRANTED** and the petition for writ of habeas corpus is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

    **DONE** this the 22nd day of April, 2014.

                                              **VIRGINIA EMERSON HOPKINS**
                                              United States District Judge